review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 208 So.2d 4.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Now, therefore, the said Court of Appeal is hereby commanded, in the name of the State of Louisiana and of this Honorable Court, to send up forthwith to this Court, at the City of New Orleans, the record in duplicate of the case above entitled.

GLADNEY, J., does not participate.

209 So.2d 43

**Mrs. Monty TYLER, wife of/and John F. GRANT**

v.

**TOURO INFIRMARY, New Amsterdam Casualty Company and Hardware Mutual Casualty Company.**

**No. 49185.**

April 19, 1968.

In re: Hardware Mutual Casualty Company for certiorari, or writ of review, to the

Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So.2d 235.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.